1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2797



FILED

SEP - 2 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                              )
                                    )   No. 2:08-MJ-0306 GGH
APPLICATION FOR A                   )
COMPLAINT, ARREST WARRANTS,         )
AND SEARCH WARRANTS                 )   SEALING ORDER
_____)

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the complaint in the above-captioned matter be, and is, hereby ordered sealed until the first arrest in this case or further order of this Court.

Date: Sept 2, 2008

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE